JACK B. WEINSTEIN
SENIOR JUDGE

March 29, 2005

Mary M. Lisi
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Ms. Lisi:

Thank you for your letter of March 24th, 2005. I have no reportable position. (See p. 2, 1). All assets were fully disposed of; the value at time of disposition is shown in Column D(3). (See p. 2, 2).



Judge

RECEIVED 2005 APR -5 P 2: 40 FINANCIAL DISCLOSURE OFFICE

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Weinstein, Jack B | 2. Court or Organization USDC-Eastern District of NY | 3. Date of Report 2/23/2005 |

**4. Title** (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)

Senior U.S. District Judge

**5. ReportType** (check appropriate type)

○ Nomination, Date

○ Initial  ● Annual  ○ Final

**6. Reporting Period**

1/1/2004
to
12/31/2004

**7. Chambers or Office Address**

225 Cadman PlazaEast - Room 65

Brooklyn, N.Y. 11201

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|----------|------------------------------|
| 1.       |                              |

2005 MAR -7 A II: 17 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. 1998 | TIAA Retirement Plans |
| 2. 1998 | New York State Retirement Plans |
| 3. 2000 | New York State Savings Plan Schooling (2) |
| 4. 2003 | Maine State Savings Plan Schooling (1) |
| 5. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Weinstein, Jack B | 2/23/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | ▓Town of North Hempstead | -- |
| 2. | 2004 | ▓Social Security | -- |
| 3. | 2004 | Northwestern Univ. Press    Royalty | 45.07 |
| 4. | 2004 | Teachers Ins. & Annuity    Pension | 13,064.04 |
| 5. | 2004 | N.Y. State Retirement System  Pension | 7,967.44 |
| 6. | 2004 | West Publishing Co.         Royalty | 4,397.44 |
| 7. | 2004 | Social Security | 21,031.20 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 2/23/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 2/23/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. (Trust) College Savings Prog. | A | Dividend | J | T | | | | | |
| 2. (Trust) Collge Savings Prog. | A | Dividend | K | T | | | | | |
| 3. (Trust) College Savings Prog. | A | Dividend | K | T | | | | | |
| 4. NYS Dorm 2/15/08 | A | Interest | J | T | | | | | |
| 5. NY City G 2/01/06 | A | Interest | J | T | | | | | |
| 6. NYS Dorm. Auth. 7/01/09 | A | Interest | J | T | | | | | |
| 7. NYS Dorm. Auth. 7/01/09 | A | Interest | J | T | | | | | |
| 8. Chase Manhattan checking Great Neck, NY | A | Interest | J. | T | | | | | |
| 9. NY Urban Dev. Corp. Bond | B | Interest | K. | T | | | | | |
| 10. NY City Ser. A-1 Bond | A | Interest | J | T | | | | | |
| 11. NY State Twy. Auth. Bond | A | Interest | K | T | | | | | |
| 12. NY City Ser 1 G/O Bond | A | Interest | J | T | | | | | |
| 13. NY City Ser. G. Bond | A | Interest | J | T | | | | | |
| 14. Checking-Savings - Washington Mutual Savings | A | Interest | J | T | | | | | |
| 15. FDG U.S. Corp. 10/15/98 | A | Interest | K | T | | | | | |
| 16. Financing Corp Fed B 11/11/09 | A | Interest | J | T | | | | | |
| 17. Merrill Lynch Money Funds | A | Interest | J | T | | | | | |
| 18. Merrill Lynch Money Funds | A | Interest | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500.000  O = $500.001-$1.000.000  P1 = $1.000.001-$5,000,000  P2 = $5,000.001-$25,000,000
P3 = $25,000,001-$50.000.000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 2/23/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Merrill Lynch Money Funds | A | Interest | J | T | | | | | |
| 20. Cats Ser U. Treas 2/15/00 | A | Interest | L | T | | | | | |
| 21. Strips U.S. Treas 8/15/03 | A | Interest | L | T | | | | | |
| 22. Tenn Valley Auth 10/15/03 | A | Interest | K | T | | | | | |
| 23. Cats Ser N. 11/15/03 | A | Interest | J | T | Sold | 1/06 | J | A | |
| 24. Cats Ser V. 11/15/03 | A | Interest | J | T | | | | | |
| 25. Cats Ser R 02/15/04 | A | Interest | L | T | | | | | |
| 26. Cats Ser N 05/15/04 | A | Interest | K | T | | | | | |
| 27. Empire State Dev 1/1/2012 | A | Interest | J | T | | | | | |
| 28. NY City Hlth & Hosp 2/15/2014 | A | Interest | K | T | | | | | |
| 29. NY St Dorm 2/15/2014 | A | Interest | K | T | | | | | |
| 30. NY St Dorm 7/1/2020 | A | Interest | J | T | | | | | |
| 31. NY City Ser G 8/1/2020 | A | Interest | J | T | | | | | |
| 32. Cats Ser S 8/15/04 | A | Interest | K | T | Redemp | 8/10 | K | A | |
| 33. Resol Fed Corp Ser A 4/15/05 | A | Interest | K | T | | | | | |
| 34. Resol Fed Corp Ser A 7/15/05 | A | Interest | K | T | | | | | |
| 35. 2/1/02 NYC Gen Obl Ser D 8/15/01 | B | Interest | K | T | | | | | |
| 36. NYC Gen Obl Ser 2/15/02 | A | Interest | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 2/23/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. NYC Ser 96B 8/14/95 | B | Interest | K | T | | | | | |
| 38. NYS Mtg Ag 8/1/95 | A | Interest | J | T | | | | | |
| 39. Fed Jud Off Bldg 9/1/89 | B | Interest | K | T | | | | | |
| 40. Cat Ser M 5/15/04 | A | Interest | J | T | | | | | |
| 41. Tenn Valley Auth 11/1/05 | C | Interest | K | T | | | | | |
| 42. NY State Dorm 2/15/2011 | A | Interest | K | T | | | | | |
| 43. Nassau Cty 1/1/2014 | A | Interest | K | T | | | | | |
| 44. Resolution Funding | A | Interest | K | T | | | | | |
| 45. NY State Mt. Ag. Homeowners Mat. 4/4/07 | A | Interest | J | T | | | | | |
| 46. Housing NY Corp Mat 11/1/07 | A | Interest | J | T | | | | | |
| 47. NY St. Housing Fin. Mat 11/1/08 | A | Interest | J | T | | | | | |
| 48. NY St Urban Dev Mat 4/1/07 | A | Interest | J | T | | | | | |
| 49. NY St Dorm Auth Vets House 7/1/09 | B | Interest | K | T | | | | | |
| 50. Resol. FDG Corp Ser A | A | Interest | K | T | | | | | |
| 51. Financing Corp. Strips 5/30/06 | A | Interest | J | T | | | | | |
| 52. NYS Dorm 7/1/17 | A | Interest | J | T | | | | | |
| 53. NYS Unrefunded 8/1/07 | A | Interest | J | T | | | | | |
| 54. Battery Park City 11/1/2013 | A | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Weinstein, Jack B | 2/23/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. NY City Rfdg Ser E 8/1/2014 | A | Interest | K | T | | | | | |
| 56. NY City F O1D Jan. 98 | A | Interest | J | T | | | | | |
| 57. Nassau Co Ser Z 9/01/2017 | A | Interest | J | T | | | | | |
| 58. NY City G/O Ser B 7/15/2008 | A | Interest | J | T | | | | | |
| 59. Dutchess Cty Recovery 1/1/2013 | A | Interest | J | T | | | | | |
| 60. NY City Ser B Ambar 8/1/2017 | A | Interest | K | T | | | | | |
| 61. NYS Med Care St Lukes 8/15/13 | A | Interest | J | T | | | | | |
| 62. NYS Correctional 1/1/2008 | A | Interest | K | T | | | | | |
| 63. NYS Urban Dev 1/1/2000 | A | Interest | J | T | | | | | |
| 64. NYS Env. 6/14/2014 | A | Interest | J | T | Redemp | 6/15 | J | A | |
| 65. MBNA America Bank 6/14/02 | A | Interest | J | T | | | | | |
| 66. Tenn. Valley Strips 5/1/06 | A | Interest | L | T | | | | | |
| 67. Binghampton 8/15/07 | A | Interest | J | T | | | | | |
| 68. Harborfields Cent Sch D Bd | A | Dividend | J | T | | | | | |
| 69. L.I.N.Y. Power Auth Bd 5/1/98 | B | Dividend | K | T | | | | | |
| 70. N.Y. RFDG Serv Bd 6/01/98 | A | Dividend | J | T | | | | | |
| 71. N.Y. Dorm Bd. 11/01/97 | A | Dividend | J | T | | | | | |
| 72. N.Y. Dorm Bd. 10/01/97 | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 2/23/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Met Trans A. Bd 5/30/02 | B | Dividend | K | T | | | | | |
| 74. NY Sch Asst. Bd 12/15/97 | B | Dividend | K | T | | | | | |
| 75. NY Env Bd 7/25/02 | B | Dividend | K | T | | | | | |
| 76. East Islip Sch Bd 6/15/02 | B | Dividend | K | T | | | | | |
| 77. Schenectady Sch Bd 6/15/02 | B | Dividend | K | T | | | | | |
| 78. Eastport Cent H.S. Bd 6/16/02 | B | Dividend | K | T | | | | | |
| 79. N.Y. City Bd. 3/09/99 | A | Dividend | J | T | | | | | |
| 80. N.Y. City Bd. 7/11/02 | A | Dividend | J | T | | | | | |
| 81. N.Y. Env. Bd. 7/25/02 | B | Dividend | K | T | | | | | |
| 82. CD Key Bank Bd 8/14/02 | C | Dividend | L | T | | | | | |
| 83. Met Trans Bd 8/15/02 | B | Dividend | K | T | | | | | |
| 84. Met Trans Bd 8/15/02 | B | Dividend | K | T | | | | | |
| 85. Triborough Bridge Bd 3/01/02 | A | Dividend | J | T | | | | | |
| 86. N.Y. TCRS Bd 3/18/99 | B | Dividend | K | T | | | | | |
| 87. NYC Packers Coll. Bd 6/01/02 | B | Dividend | K | T | | | | | |
| 88. N.Y. Trans. Auth. Bd Coll 5/01/08 | A | Dividend | J | T | | | | | |
| 89. NY Dorm A. Bd. 9/05/02 | B | Dividend | K | T | | | | | |
| 90. Fed Nat Mtg 2016 | A | Dividend | K | T | Redemp | 9/20 | K | A | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 2/23/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. N.Y. Ser I 4/21/99 | A | Dividend | J | T | | | | | |
| 92. Met Trans A 11/15/12 | A | Dividend | J | T | | | | | |
| 93. Fed Nat Mtg 2022 | A | Dividend | K | T | | | | | |
| 94. Dutchess Cty 7/01/2020 | A | Dividend | J | T | | | | | |
| 95. Port Auth 7/15/24 | A | Dividend | J | T | | | | | |
| 96. NYC Ser B 6/15/11 | A | Dividend | J | T | | | | | |
| 97. NYC Ser I 3/01/22 | A | Dividend | J | T | | | | | |
| 98. Fed Nat Mtg 2026 | A | Dividend | K | T | | | | | |
| 99. Fed Nat Mtg 2014 | A | Dividend | J | T | | | | | |
| 100. Fed Nat Mtg 2016 | A | Dividend | L | T | Sold | 9/13 | L | A | |
| 101. DN Prov. Bank 2018 | A | Dividend | K | T | | | | | |
| 102. NYS Twy Auth 4/01/21 | A | Dividend | J | T | | | | | |
| 103. Smithtown Sch Bd 2015 | A | Dividend | J | T | | | | | |
| 104. Smithtown Sch Bd 2012 | A | Dividend | J | T | | | | | |
| 105. NYS Dorm 2/01/08 | A | Dividend | J | T | | | | | |
| 106. Met T. Auth 7/01/12 | A | Dividend | J | T | | | | | |
| 107. NY Ser G 2/01/09 | A | Dividend | J | T | | | | | |
| 108. NY Ser I 3/01/24 | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 2/23/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. Fed Hm. Ln. 9/22/18 | A | Dividend | L | T | | | | | |
| 110. NY Env 6/15/13 | A | Dividend | K | T | | | | | |
| 111. Buff Mun Ser B 7/1/12 | A | Dividend | K | T | | | | | |
| 112. Hudson Bk 11/14/13 | A | Dividend | L | T | | | | | |
| 113. Fed Nat'l Mtg 12/24/18 | A | Dividend | K | T | | | | | |
| 114. Fed Nat'l Mtg 12/24/15 | A | Dividend | J | T | Sold | 2/12 | J | A | |
| 115. Fed Nat'l Mtg 12/24/12 | A | Dividend | J | T | | | | | |
| 116. Fed Nat'l Mtg 11/29/18 | A | Dividend | K | T | | | | | |
| 117. Fed Nat'l Mtg 6/26/15 | A | Dividend | J | T | | | | | |
| 118. NYS Dorm U. Rock Iss. 3/14/98 | A | Interest | J | T | Buy | 4/26 | J | | |
| 119. NYS Dorm U. Rock Iss. 3/15/98 | A | Interest | J | T | Buy | 4/23 | J | | |
| 120. Fed Nat. Mtg. Call 2/18/14 | C | Interest | M | T | Buy | 2/04 | M | | |
| 121. Fed Home L. Mtg Call 1/31/19 | A | Interest | J | T | Buy | 1/23 | J | | |
| 122. Fed Nat. Mtg Call 2/18/14 | A | Interest | J | T | Buy | 2/02 | J | | |
| 123. NYC O1D Secd Ser B Iss 3/09/04 | B | Interest | K | T | Buy | 1/05 | K | | |
| 124. Fod Motor Call 1/20/06 | A | Interest | J | T | Buy | 1/16 | J | | |
| 125. Fed Nat Mtg. Call 7/23/09 | A | Interest | K | T | Buy | 1/02 | K | | |
| 126. Fed Nat Mtg Call 7/28/11 | A | Interest | J | T | Buy | 1/22 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B | 2/23/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. U.S. Treas Call 8/15/14 | A | Interest | K | T | Buy | 5/11 | K | | |
| 128. Fed Nat Mtg Call 7/16/18 | B | Interest | K | T | Buy | 5/11 | K | | |
| 129. Fed Home L. Mtg Call 9/15/17 | A | Interest | J | T | Buy | 8/10 | J | | |
| 130. Fed Nat Mtg Call 5/14/14 | A | Interest | J | T | Buy | 8/10 | J | | |
| 131. Fed Home L. Mtg Call 7/2/18 | C | Interest | L | T | Buy | 9/13 | L | | |
| 132. Resol Funding Call 4/15/18 | B | Interest | K | T | Buy | 10/08 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Weinstein, Jack B | 2/23/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

NONE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Weinstein, Jack B | 2/23/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date___ 2/23/05 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544